UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Teresa Elizabeth Gulino,                                            Case No.: 6:20-bk-01483-KSJ
                                                                                        Chapter 13
        Debtor.
_____/

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE

Teresa Elizabeth Gulino (the "Debtor") responds to the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments (Doc. 53) (the "Motion") and states as follows:

1. On February 10, 2021, the Trustee filed the Motion stating, "the Debtor is delinquent in payments under the Chapter 13 Plan in the amount of $6,496.00 through February 10, 2021 and would be delinquent an additional payment of $6,496.00 which came due on February 10, 2021 for a delinquency in the sum of $12,992.00."

2. On February 11, 2021, the Debtor made a plan payment through the TFS portal in the amount of $6,496.00.

3. On March 2, 2021, the Debtor made an additional payment of $6,496.00 through the TFS portal. An itemization of both payments made through the the TFS portal is attached as **Exhibit A**.

4. Accordingly, the Debtor's plan payments are now current.

## RELIEF REQUESTED

For the reasons stated above, the Debtor requests that the Trustee withdraw the Motion to Dismiss, or alternatively that the Court enter an Order denying the Motion to Dismiss.

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
135 W. Central Blvd., Suite 480
Orlando, Florida 32801
Telephone: (407) 648-0058
Primary e-mail: chip@herronhilllaw.com
Secondary e-mail: lauren@herronhilllaw.com

# EXHIBIT A



