## UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE: | Case No: 6:20-bk-01483-KSJ |
| TERESA ELIZABETH GULINO | |
| Debtor / | Chapter 13 |

### Notice of Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed February 10, 2021 (Document No. 53).

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 29th day of June, 2021.

**Debtor** - Teresa Elizabeth Gulino, 10333 Hart Branch Circle, Orlando, FL  32832

**Debtor's Attorney** - Kenneth D Herron Jr, Herron Hill Law Group, 135 W Central Blvd, Ste 480, Orlando, FL  32801

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com