UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Teresa Elizabeth Gulino,                    Case No.: 6:20-bk-01483-KSJ
                                            Chapter 13

        Debtor.
_____/

## DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

Teresa Elizabeth Gulino (the "Debtor") moves the Court for entry of an Order modifying the confirmed plan pursuant to 11 U. S. C. §1329 and says:

1.      On March 10, 2020, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.      On November 20, 2020, the Court entered its Order Confirming Chapter 13 Plan (Doc. 51) (the "Confirmation Order").

3.    On March 26, 2020, the Court entered the Mortgage Modification Mediation Order with US Bank Home Mortgage (Doc. 22).

4.    The mediation between the Debtor and US Bank Home Mortgage was unsuccessful and failed to bring resolution between the parties.

5.    The Debtor is seeking to modify the plan to provide for the cure and reinstatement of the mortgage.

6.    The Debtor proposes to modify the confirmed plan payments and disbursements as follows:

SEE ATTACHED SPREADSHEET

7.    All other provisions of the Confirmation Order remain the same, except as modified herein.

**<u>Relief Requested</u>**

For the reasons stated above, the Debtor requests the entry of an order granting this motion and modifying the confirmed plan in accordance with the attached spreadsheet.

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
135 W. Central Blvd., Suite 480
Orlando, Florida 32801
Telephone: (407) 648-0058
Primary e-mail:    chip@herronhilllaw.com
Secondary e-mail: lauren@herronhilllaw.com

Attorneys for the Debtor

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 2, 2021, I mailed the foregoing document by first class mail, postage prepaid, to all non-CM/ECF filers on the attached mailing matrix.

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 69940

2

| DUE DATE 10TH | # | 4/10/2020 Unsecured | Debtor Pmt | 10.0% Tee Fee | ATTY FEES | CLM 350 MONITORING FEES | CLM 017 US BANK MTG HART BRANCH | CLM 417 POST PET ARREARS |
|---|---|---|---|---|---|---|---|---|
| | 60 | 60 | | | | | | |
| 4/10/2020 | 1 | ($0.01) | 1 at $4,166.65 | $416.67 | | | $3,749.99 | |
| 5/10/2020 | 2 | $0.00 | $4,166.67 | $416.67 | | | $3,750.00 | |
| 6/10/2020 | 3 | $0.00 | $4,166.67 | $416.67 | | | $3,750.00 | |
| 7/10/2020 | 4 | $0.00 | $4,166.67 | $416.67 | | | $3,750.00 | |
| 8/10/2020 | 5 | $0.00 | $4,166.67 | $416.67 | | | $3,750.00 | |
| 9/10/2020 | 6 | $0.00 | 5 at $4,166.67 | $416.67 | 6 at | | 6 at $3,750.00 | 6 at |
| 10/10/2020 | 7 | $0.00 | 1 at $6,388.00 | $638.80 | $22.48 | | $4,756.69 | 1 at $502.00 |
| 11/10/2020 | 8 | $0.00 | 1 at $6,440.00 | $644.00 | $22.48  8 at | | $4,756.69 | 1 at $548.80 |
| 12/10/2020 | 9 | $0.00 | $6,496.00 | $649.60 | $22.48 | $50.00 | $4,756.69 | $549.20 |
| 1/10/2021 | 10 | $0.00 | $6,496.00 | $649.60 | $22.48 | $50.00 | $4,756.69 | $549.20 |
| 2/10/2021 | 11 | $0.00 | $6,496.00 | $649.60 | $22.48 | $50.00 | 5 at $4,756.69 | 3 at $549.20 |
| 3/10/2021 | 12 | $0.00 | $6,496.00 | $649.60 | $22.48 | $50.00 | MPC 3/1/2021 $4472.92 | $832.97 |
| 4/10/2021 | 13 | $0.00 | $6,496.00 | $649.60 | $22.48 | $50.00 | $4,472.92 | $832.97 |
| 5/10/2021 | 14 | $0.00 | $6,496.00 | $649.60 | $22.48 | $50.00 | $4,472.92 | $832.97 |
| 6/10/2021 | 15 | $0.00 | $6,496.00 | $649.60 | 9 at $22.48 | $50.00 | $4,472.92 | 4 at $832.97 |
| 7/10/2021 | 16 | $0.02 | $6,496.00 | $649.60 | 1 at $845.58 | $50.00 | $4,472.92 | 1 at $9.85 |
| 8/10/2021 | 17 | $0.00 | $6,496.00 | $649.60 | 1 at $855.45 | $50.00 | $4,472.92 | |
| 9/10/2021 | 18 | $0.00 | 10 at $6,496.00 | $649.60 | 1 at $596.65 | $50.00 | $4,472.92 | |
| 10/10/2021 | 19 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | CLM 417 REPRESENTS MTG PMT SHORTAGE FROM MONTHS 1-6 OF CLM 017 |
| 11/10/2021 | 20 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 12/10/2021 | 21 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 1/10/2022 | 22 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 2/10/2022 | 23 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 3/10/2022 | 24 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 4/10/2022 | 25 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 5/10/2022 | 26 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 6/10/2022 | 27 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 7/10/2022 | 28 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 8/10/2022 | 29 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 9/10/2022 | 30 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 10/10/2022 | 31 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 11/10/2022 | 32 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 12/10/2022 | 33 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 1/10/2023 | 34 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 2/10/2023 | 35 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 3/10/2023 | 36 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 4/10/2023 | 37 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 5/10/2023 | 38 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 6/10/2023 | 39 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 7/10/2023 | 40 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 8/10/2023 | 41 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 9/10/2023 | 42 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 10/10/2023 | 43 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 11/10/2023 | 44 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 12/10/2023 | 45 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 1/10/2024 | 46 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 2/10/2024 | 47 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 3/10/2024 | 48 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 4/10/2024 | 49 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 5/10/2024 | 50 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 6/10/2024 | 51 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 7/10/2024 | 52 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 8/10/2024 | 53 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 9/10/2024 | 54 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 10/10/2024 | 55 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 11/10/2024 | 56 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 12/10/2024 | 57 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 1/10/2025 | 58 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 2/10/2025 | 59 | $0.00 | $8,219.00 | $821.90 | | $50.00 | $4,472.92 | |
| 3/10/2025 | 60 | $26.54 | 42 at $8,219.00 | $821.90 | 52 at | 49 at $50.00 | 49 at $4,472.92 | |
| **LIQ: 0** | | $26.57 | $447,986.00 | $44,798.60 | $2,500.00 | $2,600.00 | $265,456.52 | $6,040.13 |
| **DISP: 5417** | | $120,395.75 | | | $2,500.00 | $2,600.00 | 271496.67 | $6,040.13 |
| **2020 TAX EXTENSION** | | 0% | | | | CLM 350 | CLM 017 | CLM 417 |
| | | | | | | | CURE AND | |
| | | | | | | | REINSTATE | |

| DUE DATE | 10TH | CLM 117 pre-petition arrears | post pet mtg fees | CLM 009 TITLE LAND DEV ARREARS | BB& T 2011 BOAT |
|---|---|---|---|---|---|
| | 60 | | | | |
| 4/10/2020 | 1 | | | | SURR |
| 5/10/2020 | 2 | | | | |
| 6/10/2020 | 3 | | | | |
| 7/10/2020 | 4 | | | | |
| 8/10/2020 | 5 | | | | |
| 9/10/2020 | 6 | | | 6 at | |
| 10/10/2020 | 7 | | | $468.03 | |
| 11/10/2020 | 8 | | | $468.03 | |
| 12/10/2020 | 9 | | | $468.03 | |
| 1/10/2021 | 10 | | | $468.03 | |
| 2/10/2021 | 11 | | | $468.03 | |
| 3/10/2021 | 12 | | | $468.03 | |
| 4/10/2021 | 13 | | | $468.03 | |
| 5/10/2021 | 14 | | | $468.03 | |
| 6/10/2021 | 15 | | | $468.03 | |
| 7/10/2021 | 16 | | | $468.03 | |
| 8/10/2021 | 17 | 17 at | 17 at | $468.03 | |
| 9/10/2021 | 18 | 1 at $58.80 | 1 at $200.00 | 12 at $468.03 | |
| 10/10/2021 | 19 | $2,352.02 | | $312.02 | |
| 11/10/2021 | 20 | $2,352.02 | | $312.02 | |
| 12/10/2021 | 21 | $2,352.02 | | $312.02 | |
| 1/10/2022 | 22 | $2,352.02 | | $312.02 | |
| 2/10/2022 | 23 | $2,352.02 | | $312.02 | |
| 3/10/2022 | 24 | $2,352.02 | | $312.02 | |
| 4/10/2022 | 25 | $2,352.02 | | $312.02 | |
| 5/10/2022 | 26 | $2,352.02 | | $312.02 | |
| 6/10/2022 | 27 | $2,352.02 | | $312.02 | |
| 7/10/2022 | 28 | $2,352.02 | | $312.02 | |
| 8/10/2022 | 29 | $2,352.02 | | $312.02 | |
| 9/10/2022 | 30 | $2,352.02 | | $312.02 | |
| 10/10/2022 | 31 | $2,352.02 | | $312.02 | |
| 11/10/2022 | 32 | $2,352.02 | | $312.02 | |
| 12/10/2022 | 33 | $2,352.02 | | $312.02 | |
| 1/10/2023 | 34 | $2,352.02 | | $312.02 | |
| 2/10/2023 | 35 | $2,352.02 | | $312.02 | |
| 3/10/2023 | 36 | $2,352.02 | | $312.02 | |
| 4/10/2023 | 37 | $2,352.02 | | $312.02 | |
| 5/10/2023 | 38 | $2,352.02 | | $312.02 | |
| 6/10/2023 | 39 | $2,352.02 | | $312.02 | |
| 7/10/2023 | 40 | $2,352.02 | | $312.02 | |
| 8/10/2023 | 41 | $2,352.02 | | $312.02 | |
| 9/10/2023 | 42 | 24 at $2,352.02 | | $312.02 | |
| 10/10/2023 | 43 | 1 at $2,323.36 | | $312.02 | |
| 11/10/2023 | 44 | $2,281.77 | | $312.02 | |
| 12/10/2023 | 45 | $2,281.77 | | $312.02 | |
| 1/10/2024 | 46 | $2,281.77 | | $312.02 | |
| 2/10/2024 | 47 | $2,281.77 | | $312.02 | |
| 3/10/2024 | 48 | $2,281.77 | | $312.02 | |
| 4/10/2024 | 49 | $2,281.77 | | $312.02 | |
| 5/10/2024 | 50 | $2,281.77 | | 32 at $312.02 | |
| 6/10/2024 | 51 | $2,281.77 | | 1 at $426.04 | |
| 7/10/2024 | 52 | $2,281.77 | | $474.16 | |
| 8/10/2024 | 53 | $2,281.77 | | $474.16 | |
| 9/10/2024 | 54 | $2,281.77 | | $474.16 | |
| 10/10/2024 | 55 | $2,281.77 | | $474.16 | |
| 11/10/2024 | 56 | $2,281.77 | | $474.16 | |
| 12/10/2024 | 57 | $2,281.77 | | $474.16 | |
| 1/10/2025 | 58 | 15 at $2,281.77 | | 7 at $474.16 | |
| 2/10/2025 | 59 | 1 at $2,282.36 | | 1 at $339.25 | |
| 3/10/2025 | 60 | 1 at $2,284.71 | | | |
| LIQ: 0 | | $97,624.26 | $200.00 | $19,685.41 | $0.00 |
| DISP: 5417 | | 97624.26 | 200.00 | $19,685.41 | |
| 2020 TAX EXTENSION | | CLM 117 | CLM 317 | CLM 009 PD AT 6.77% | CLM 002 |

| DUE DATE | | CLM 011 | | CLM 111 | |
|---|---|---|---|---|---|
| **10TH** | | NORTH SHORE AT | | HOA | |
| | | LAKE HART HOA | | ARREARS | |
| | 60 | | | | |
| 4/10/2020 | 1 | 1 at | PP ONGOING | | |
| 5/10/2020 | 2 | 1 at | MON HOA | | |
| 6/10/2020 | 3 | 1 at | OF $105 | | |
| 7/10/2020 | 4 | 1 at | PER MONTH | | |
| 8/10/2020 | 5 | | | | |
| 9/10/2020 | 6 | | | | |
| 10/10/2020 | 7 | | | | |
| 11/10/2020 | 8 | | | | |
| 12/10/2020 | 9 | | | | |
| 1/10/2021 | 10 | | | | |
| 2/10/2021 | 11 | | | | |
| 3/10/2021 | 12 | | | | |
| 4/10/2021 | 13 | | | | |
| 5/10/2021 | 14 | | | | |
| 6/10/2021 | 15 | | | | |
| 7/10/2021 | 16 | | | | |
| 8/10/2021 | 17 | | | | |
| 9/10/2021 | 18 | 14 at | | 18 at | |
| 10/10/2021 | 19 | | $186.07 | | $24.07 |
| 11/10/2021 | 20 | | $186.07 | | $24.07 |
| 12/10/2021 | 21 | | $186.07 | | $24.07 |
| 1/10/2022 | 22 | | $186.07 | | $24.07 |
| 2/10/2022 | 23 | | $186.07 | | $24.07 |
| 3/10/2022 | 24 | | $186.07 | | $24.07 |
| 4/10/2022 | 25 | | $186.07 | | $24.07 |
| 5/10/2022 | 26 | | $186.07 | | $24.07 |
| 6/10/2022 | 27 | | $186.07 | | $24.07 |
| 7/10/2022 | 28 | | $186.07 | | $24.07 |
| 8/10/2022 | 29 | | $186.07 | | $24.07 |
| 9/10/2022 | 30 | | $186.07 | | $24.07 |
| 10/10/2022 | 31 | | $186.07 | | $24.07 |
| 11/10/2022 | 32 | | $186.07 | | $24.07 |
| 12/10/2022 | 33 | | $186.07 | | $24.07 |
| 1/10/2023 | 34 | | $186.07 | | $24.07 |
| 2/10/2023 | 35 | | $186.07 | | $24.07 |
| 3/10/2023 | 36 | | $186.07 | | $24.07 |
| 4/10/2023 | 37 | | $186.07 | | $24.07 |
| 5/10/2023 | 38 | | $186.07 | | $24.07 |
| 6/10/2023 | 39 | | $186.07 | | $24.07 |
| 7/10/2023 | 40 | | $186.07 | | $24.07 |
| 8/10/2023 | 41 | 23 at | $186.07 | 23 at | $24.07 |
| 9/10/2023 | 42 | 1 at | $130.39 | 1 at | $79.75 |
| 10/10/2023 | 43 | | $105.00 | 1 at | $133.80 |
| 11/10/2023 | 44 | | $105.00 | | $175.39 |
| 12/10/2023 | 45 | | $105.00 | | $175.39 |
| 1/10/2024 | 46 | | $105.00 | | $175.39 |
| 2/10/2024 | 47 | | $105.00 | | $175.39 |
| 3/10/2024 | 48 | | $105.00 | | $175.39 |
| 4/10/2024 | 49 | | $105.00 | | $175.39 |
| 5/10/2024 | 50 | | $105.00 | 7 at | $175.39 |
| 6/10/2024 | 51 | | $105.00 | 1 at | $61.37 |
| 7/10/2024 | 52 | | $105.00 | | $13.25 |
| 8/10/2024 | 53 | | $105.00 | | $13.25 |
| 9/10/2024 | 54 | | $105.00 | | $13.25 |
| 10/10/2024 | 55 | | $105.00 | | $13.25 |
| 11/10/2024 | 56 | | $105.00 | | $13.25 |
| 12/10/2024 | 57 | | $105.00 | | $13.25 |
| 1/10/2025 | 58 | | $105.00 | 7 at | $13.25 |
| 2/10/2025 | 59 | | $105.00 | 1 at | $147.57 |
| 3/10/2025 | 60 | | $105.00 | | $457.93 |
| | | | | | |
| LIQ: 0 | | | $6,300.00 | | $2,754.51 |
| DISP: 5417 | | | 6300.00 | | $2,754.51 |
| 2020 TAX | | | CLM 011 | | CLM 111 |
| EXTENSION | | | | | PD AT 18% |

| DUE DATE 10TH | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FINAL | | | | | | | |
| | 60 | | | | | | | | | | | | | | |
| 4/10/2020 | 1 | | | | | | | | | | | | | | |
| 5/10/2020 | 2 | | | | | | | | | | | | | | |
| 6/10/2020 | 3 | | | | | | | | | | | | | | |
| 7/10/2020 | 4 | | | | | | | | | | | | | | |
| 8/10/2020 | 5 | | | | | | | | | | | | | | |
| 9/10/2020 | 6 | | | | | | | | | | | | | | |
| 10/10/2020 | 7 | | | | | | | | | | | | | | |
| 11/10/2020 | 8 | | | | | | | | | | | | | | |
| 12/10/2020 | 9 | | | | | | | | | | | | | | |
| 1/10/2021 | 10 | | | | | | | | | | | | | | |
| 2/10/2021 | 11 | | | | | | | | | | | | | | |
| 3/10/2021 | 12 | | | | | | | | | | | | | | |
| 4/10/2021 | 13 | | | | | | | | | | | | | | |
| 5/10/2021 | 14 | | | | | | | | | | | | | | |
| 6/10/2021 | 15 | | | | | | | | | | | | | | |
| 7/10/2021 | 16 | | | | | | | | | | | | | | |
| 8/10/2021 | 17 | | | | | | | | | | | | | | |
| 9/10/2021 | 18 | | | | | | | | | | | | | | |
| 10/10/2021 | 19 | | | | | | | | | | | | | | |
| 11/10/2021 | 20 | | | | | | | | | | | | | | |
| 12/10/2021 | 21 | | | | | | | | | | | | | | |
| 1/10/2022 | 22 | | | | | | | | | | | | | | |
| 2/10/2022 | 23 | | | | | | | | | | | | | | |
| 3/10/2022 | 24 | | | | | | | | | | | | | | |
| 4/10/2022 | 25 | | | | | | | | | | | | | | |
| 5/10/2022 | 26 | | | | | | | | | | | | | | |
| 6/10/2022 | 27 | | | | | | | | | | | | | | |
| 7/10/2022 | 28 | | | | | | | | | | | | | | |
| 8/10/2022 | 29 | | | | | | | | | | | | | | |
| 9/10/2022 | 30 | | | | | | | | | | | | | | |
| 10/10/2022 | 31 | | | | | | | | | | | | | | |
| 11/10/2022 | 32 | | | | | | | | | | | | | | |
| 12/10/2022 | 33 | | | | | | | | | | | | | | |
| 1/10/2023 | 34 | | | | | | | | | | | | | | |
| 2/10/2023 | 35 | | | | | | | | | | | | | | |
| 3/10/2023 | 36 | | | | | | | | | | | | | | |
| 4/10/2023 | 37 | | | | | | | | | | | | | | |
| 5/10/2023 | 38 | | | | | | | | | | | | | | |
| 6/10/2023 | 39 | | | | | | | | | | | | | | |
| 7/10/2023 | 40 | | | | | | | | | | | | | | |
| 8/10/2023 | 41 | | | | | | | | | | | | | | |
| 9/10/2023 | 42 | | | | | | | | | | | | | | |
| 10/10/2023 | 43 | | | | | | | | | | | | | | |
| 11/10/2023 | 44 | | | | | | | | | | | | | | |
| 12/10/2023 | 45 | | | | | | | | | | | | | | |
| 1/10/2024 | 46 | | | | | | | | | | | | | | |
| 2/10/2024 | 47 | | | | | | | | | | | | | | |
| 3/10/2024 | 48 | | | | | | | | | | | | | | |
| 4/10/2024 | 49 | | | | | | | | | | | | | | |
| 5/10/2024 | 50 | | | | | | | | | | | | | | |
| 6/10/2024 | 51 | | | | | | | | | | | | | | |
| 7/10/2024 | 52 | | | | | | | | | | | | | | |
| 8/10/2024 | 53 | | | | | | | | | | | | | | |
| 9/10/2024 | 54 | | | | | | | | | | | | | | |
| 10/10/2024 | 55 | | | | | | | | | | | | | | |
| 11/10/2024 | 56 | | | | | | | | | | | | | | |
| 12/10/2024 | 57 | | | | | | | | | | | | | | |
| 1/10/2025 | 58 | | | | | | | | | | | | | | |
| 2/10/2025 | 59 | | | | | | | | | | | | | | |
| 3/10/2025 | 60 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| LIQ: 0 | | | | | | | | | | | | | | | |
| DISP: 5417 | | | | | | | | | | | | | | | |
| 2020 TAX EXTENSION | | | | | | | | | | | | | | | |

Label Matrix for local noticing
113A-6
Case 6:20-bk-01483-KSJ
Middle District of Florida
Orlando
Mon Aug  2 10:41:47 EDT 2021

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Branch Banking and Trust Company n/k/a Truis
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401-2109

CenterState Bank, N.A.
c/o Christian P. George, Esq.
50 N. Laura St.
Suite 3100
Jacksonville, FL 32202-3659

Teresa Elizabeth Gulino
10333 Hart Branch Circle
Orlando, FL 32832-5915

TITAN LAND DEVELOPMENT LLC
C/O David E. Peterson
P.O. BOX 2809
ORLANDO, FL 32802-2809

U.S. BANK NATIONAL ASSOCIATION
14841 DALLAS PKWY SUITE 425
Dallas, TX 75254-8067

AT&T Mobility II, LLC
One A&T Way
Suite 3A104
Bedminster, NJ 07921

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BB&T now Truist, Bankruptcy Section
100-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

BMC Boats
3175 N. US Highway 1792
Longwood, FL 32750

BMW Financial Services Attn: Customer Accoun
5550 Britton Parkway
Hilliard, OH 43026-7456

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Centerstate Bank, N. A.
c/o Roy Kobert, Esq.
301 E Pine St., Suite 1400
Orlando, FL 32801-2741

Centerstate Bank, N.A.
1101 1st St S
Winter Haven, FL 33880-3908

Dept of Education/NELN
121 South 13th St
Lincoln, NE 68508-1904

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC  c/o Resurgent
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corporation
71 Stevenson Pl. Ste # 300
San Francisco, CA 94105-2985

LendingClub Corporation
595 Market Street Suite 200
San Francisco, CA 94105-2807

Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Nissan Infiniti
Pob 660366
Dallas, TX 75266-0366


North Shore at Lake Hart Homeowners Associat
12301 Lake Underhill Road
Suite 213
Orlando, FL 32828-4511

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Portfolio Recovery Services, LLC
PO Box 41067
Norfolk, VA 23541-1067

S.S.C.I. of Florida, Inc. c/o Larry Kosto
PO Box 113
Orlando, FL 32802-0113

Titan Land Development, LLC c/o Michael Gibb
PO Box 2809
Orlando, FL 32802-2809


U.S. Bank National Association
c/o ReShaundra M Suggs
P.O. Box 771270
Coral Springs, FL 33077-1270

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301-7441


Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

David E. Peterson +
Lowndes Drosdick Doster Kantor & Reed PA
215 North Eola Drive
Orlando, FL 32801-2095

Craig I Kelley +
Kelley, Fulton & Kaplan, P.L.
1665 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401-2109


United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Kenneth D Herron Jr+
Herron Hill Law Group, PLLC
135 West Central Boulevard, Suite 480
Orlando, FL 32801-2478

ReShaundra M Suggs +
Choice Legal Group, P.A.
Post Office Box 771270
Coral Springs, FL 33077-1270


Mukta Suri +
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Matthew Tillma +
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BB&T
Po Box 1847
Wilson, NC 27894

BMW Financial Services NA, LLC
PO Box 3608
Dublin, OH 43016

Bank Of America
Po Box 982238
El Paso, TX 79998


Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann                    (d)U.S. BANK NATIONAL ASSOCIATION        (u)U.S. Bank National Association
Orlando                                  14841 Dallas Pkwy Suite 425             Choice Legal Group
                                         Dallas, TX 75254-8067

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53